UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GETTY IMAGES (US), INC., <br><br> Plaintiff, <br><br> - against - <br><br> ANDREW BRONSTEIN and MARK GRETHER, <br><br> Defendants. | Civil Action No.: 1:19-cv-09804 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 Getty Images (US) Inc. states that its parent company is Getty Images, Inc., a Delaware corporation, and that no publicly-held corporation owns 10% or more of its stock.

Dated: October 24, 2019　　　Respectfully submitted,
　　　　New York, New York

　　　　　　　　　　　　　　By:　　*/s/ Gary F. Eisenberg*
　　　　　　　　　　　　　　　　　　Gary F. Eisenberg, Esq.
　　　　　　　　　　　　　　　　　　**PERKINS COIE LLP**
　　　　　　　　　　　　　　　　　　1155 Avenue of the Americas, 22nd Floor
　　　　　　　　　　　　　　　　　　New York, New York 10036-2711
　　　　　　　　　　　　　　　　　　Telephone: 212.262.6902
　　　　　　　　　　　　　　　　　　Facsimile: 212.977.1632
　　　　　　　　　　　　　　　　　　GEisenberg@perkinscoie.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

146094187.1