UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X

GETTY IMAGES (US), INC.,

                        Plaintiff,

    - against -

ANDREW BRONSTEIN, and MARK GRETHER,

                        Defendants.

------------------------------------------- X

Case No. 1:19-cv-09804

[~~PROPOSED~~] ORDER
FOR ADMISSION PRO HAC VICE

    The motion of Jeri Leigh Miller for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

    Applicant has declared that she is a member in good standing of the Supreme Court of the state of Texas; and that her contact information is as follows:

    Applicant's Name: <u>Jeri Leigh Miller</u>

    Firm Name: <u>Perkins Coie LLP</u>

    Address: <u>500 N. Akard Street, Suite 3300</u>

    City / State / Zip: <u>Dallas, Texas 75201</u>

    Telephone / Fax: <u>Tel. (214) 965-7700, Fax. (214) 965-7799</u>

    Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Getty Images (US), Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: November 1, 2019

_____
George B. Daniels
United States District ~~Magistrate~~ Judge