UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

GETTY IMAGES (US), INC.,
        Plaintiff,

v.

ANDREW BRONSTEIN and MARK GRETHER,
        Defendants.

------------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Civil Action No. 1:19-cv-09804-GBD

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF QUEENS )

       Aldane Chambers, being duly sworn, deposes and says that Deponent is not a party to this action, is over 18 years of age, and is a resident of the State of New York.

       On December 2, 2019 at approximately 9:02 p.m., at 255 West 88th Street, Apt. 14E, New York, NY 10024, Deponent served the within Summons in a Civil Action, Civil Cover Sheet, Complaint with Exhibit A, Rule 7.1 Corporate Disclosure Statement, Individual Rules and Practices of Judge George B. Daniels, and Electronic Case Filing Rules & Instructions upon: **Mark Grether**, by personally delivering to and leaving with Mark Grether, a true and correct copy of said documents.

       At the time of said service, Mark Grether acknowledged service by endorsing a copy of the aforementioned Summons. Said acknowledgment is attached hereto.

       At the time of said service, Deponent asked Mark Grether whether he is currently on active duty in any branch of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health and Coast Guard) of the United States of America, the State of New York or any other state and Mark Grether responded in the negative.

       Mark Grether is described as a White male, approximately 38-47 years of age, 170-190 lbs., 5'8"-5'11" tall with brown hair.

                                                                           _Aldane Chambers_
                                                                               Aldane Chambers

Sworn to before me this
5th day of December, 2019

_Karlene D. Jackson_
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qualified in Queens County
Commission Expires November 17, 2021

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GETTY IMAGES (US), INC., <br><br> *Plaintiff(s)* <br> v. <br><br> ANDREW BRONSTEIN and MARK GRETHER, <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:19-cv-09804 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mark Grether
c/o Sizmek
401 Park Avenue South, 5th Floor
New York, NY 10016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Perkins Coie LLP
c/o Gary F. Eisenberg
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   10/29/2019                                             /s/ D. Howie
                                                      *Signature of Clerk or Deputy Clerk*