UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
GETTY IMAGES (US), INC.,

                           Plaintiff,

-against-

ANDREW BRONSTEIN et al,

                          Defendants.
------------------------------------------x

ORDER

19 Civ. 9804 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 14, 2020 conference is adjourned to June 16, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge