**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GETTY IMAGES (US), INC.,

                     Plaintiff,

       -against-

ANDREW BRONSTEIN et al,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 8 2020

ORDER

19 Civ. 9804 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The June 16, 2020 conference is adjourned to September 8, 2020 at 9:45 a.m.

Dated: New York, New York
      June 8, 2020

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge