UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

GETTY IMAGES (US), INC.,

                Plaintiff,

    -against-

ANDREW BRONSTEIN et al.,

                Defendants.

------------------------------------x

ORDER

19 Civ. 9804 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The September 8, 2020 conference is adjourned to October 27, 2020 at 9:45 a.m.

Dated: New York, New York
       August 28, 2020

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE