

**PERKINSCOIe**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

● +1.212.262.6900
● +1.212.977.1649
PerkinsCoie.com

October 22, 2020

**SO ORDERED**
The status conference is adjourned from October 27, 2020 to January 12, 2021 at 9:45 a.m.

*George B. Daniels*
HON.

Hon. George B. Daniels, U.S.D.J.
500 Pearl Street
New York, NY 10007
(212) 805-6735

Re:    *Getty Images (US), Inc. v. Bronstein et al*, Case No. 1:19-cv-09804-GBD

Dear Judge Daniels:

The parties in the above-referenced action write to inform that Court that the parties intend to pursue mediation in this matter upon answer by third parties against whom defendants have filed a Third-Party Complaint as referenced in Dkt. #52-55. The parties respectfully request that the Status Conference scheduled for October 27, 2020 be adjourned to a date three weeks following the conclusion of mediation, if this matter has not been resolved by that date.

Respectfully submitted,

/s/ *Gary F. Eisenberg*
Gary F. Eisenberg, Esq.
GEisenberg@perkinscoie.com
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: 212.262.6902
Facsimile: 212.977.1632
*Attorneys for Plaintiff*

/s/ *David H. Wander*
David H. Wander, Esq.
Alexander R. Tiktin, Esq.
DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200
dhw@dhclegal.com
art@dhclegal.com
*Attorneys for Defendant Mark Grether*

/s/ *Robert Knuts*
Robert Knuts, Esq.
Heather Yu Han, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-600
rknuts@shertremonte.com
hhan@shertremonte.com
*Attorneys for Defendant Andrew Bronstein*