

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

+1.212.262.6900
+1.212.977.1649
PerkinsCoie.com

January 6, 2021

SO ORDERED
The status conference is adjourned from January 12, 2021 to April 13, 2021 at 9:45 a.m.

[Signature: Hon. George B. Daniels]

Hon. George B. Daniels, U.S.D.J.
500 Pearl Street
New York, NY 10007
(212) 805-6735

Re: **Getty Images (US), Inc. v. Bronstein et al, Case No. 1:19-cv-09804-GBD**

Dear Judge Daniels:

The parties in the above-referenced action, including third party defendants, write to inform that Court that the original parties intend to pursue mediation in this matter. The parties respectfully request that the Status Conference scheduled for January 12, 2021 be adjourned to a date three weeks following the conclusion of mediation, if this matter has not been resolved by that date.

Respectfully submitted,

/s/ Gary F. Eisenberg
Gary F. Eisenberg, Esq.
GEisenberg@perkinscoie.com
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: 212.262.6902
Facsimile: 212.977.1632
*Attorneys for Plaintiff*

/s/ David H. Wander
David H. Wander, Esq.
Alexander R. Tiktin, Esq.
DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200
dhw@dhclegal.com
art@dhclegal.com
*Attorneys for Defendant Mark Grether*

/s/ Robert Knuts
Robert Knuts, Esq.
Heather Yu Han, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-600
rknuts@shertremonte.com
hhan@shertremonte.com
*Attorneys for Defendant Andrew Bronstein*

150683605.2
Perkins Coie LLP

Hon. George B. Daniels, U.S.D.J.
January 6, 2021
Page 2

/s/ *Jonathan D. Lupkin*
Jonathan D. Lupkin, Esq.
Lupkin PLLC
80 Broad Street, Suite 1301
New York, New York 10004
(646) 367-2772
jlupkin@lupkinpllc.com
*Attorneys for Third Party Defendant Andrew Hepburn*

/s/ *Andrew D. Gladstein*
Andrew D. Gladstein, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
(212)-756-2449
Email: andrew.gladstein@srz.com
*Attorneys for Third Party Defendant Cerberus Business Finance LLC*