PERKINSCOIE

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

+1.212.262.6900
+1.212.977.1649
PerkinsCoie.com

April 9, 2021




Gary F. Eisenberg
GEisenberg@perkinscoie.com
D. +1.212.262.6902
F. +1.212.977.1632

Hon. George B. Daniels
500 Pearl Street, Room 1310
New York, NY 10007
(212) 805-6735

**Re:** ***Getty Images (US), Inc. v. Bronstein et al, Case No. 1:19-cv-09804-GBD***

Dear Judge Daniels:

The parties in the above-referenced action write to inform that Court that the parties continue to intend to pursue mediation in this matter, in light of the Third-Party Complaint against the parties referenced in Dkt. #52-55 and all subsequent filings (Dkt. #70-81). The parties respectfully request that the Status Conference scheduled for April 13, 2021 be adjourned to a date three weeks following the conclusion of mediation, if this matter has not been resolved by that date. It is Plaintiff's hope that mediation can be completed by mid-June 2021, but we are aware that the other parties may have other views on this subject.

SO ORDERED

The status conference is adjourned from April 13, 2021 to June 29, 2021 at 9:45 a.m.

George B. Daniels APR 12 2021

HON. GEORGE B. DANIELS

Respectfully submitted,

*/s/ Gary F. Eisenberg*
Gary F. Eisenberg, Esq.
GEisenberg@perkinscoie.com
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: 212.262.6902
Facsimile: 212.977.1632
*Attorneys for Plaintiff*

*/s/ David H. Wander*
David H. Wander, Esq.
Alexander R. Tiktin, Esq.
DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200
dhw@dhclegal.com
art@dhclegal.com
*Attorneys for Defendant Mark Grether*

*/s/ Robert Knuts*
Robert Knuts, Esq.
Heather Yu Han, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-600
rknuts@shertremonte.com
hhan@shertremonte.com
*Attorneys for Defendant Andrew Bronstein*

*/s/ Jonathan D. Lupkin*
Jonathan Daniel Lupkin, Esq.
Lupkin PLLC
80 Broad Street Ste 1301
New York, NY 10004
646-367-2771
Fax: 646-219-4870
Email: jlupkin@lupkinpllc.com
*Attorneys for Third-Party Defendant Andrew Hepburn*

*/s/ Andrew D. Gladstein*
Andrew David Gladstein
William Hayward Gussman, Jr
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
(212)-756-2449
Fax: (212)-593-5955
andrew.gladstein@srz.com
bill.gussman@srz.com
*Attorneys for Third-Party Defendant Cerberus Business Finance LLC*