UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

GETTY IMAGES (US), INC.,

                Plaintiff,

  -against-

ANDREW BRONSTEIN et al.,

                Defendants.

------------------------------------ x

ORDER

19 Civ. 9804 (GBD)

GEORGE B. DANIELS, District Judge:

The June 29, 2021 status conference is hereby cancelled. This Court will hear oral argument on Third Party Defendant Cerberus Business Finance LLC's motion to dismiss, (ECF No. 71), on August 10, 2021 at 11:00 a.m.

Dated: June 24, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE