## Schulte Roth & Zabel LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

| | |
|---|---|
| Writer's Direct Number | Writer's E-mail Address |
| 212.756.2449 | andrew.gladstein@srz.com |

July 13, 2021

**BY ECF**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  Getty Images (US), Inc. v. Bronstein et al, 1:19-cv-09804 Settlement Conference

Dear Judge Lehrburger:

We represent third-party defendant Cerberus Business Finance LLC ("Cerberus") in the above-captioned matter.  At Ms. Shah's suggestion, we are writing to request that Cerberus be excused from the forthcoming pre-settlement call and settlement conference, currently scheduled for July 28 and August 16, respectively.

Unlike the named defendants in this action, Cerberus has moved to dismiss the third-party complaint filed against it.  Oral argument on Cerberus' motion has been scheduled by Judge Daniels for August 10, 2021.  Accordingly, in light of its pending dispositive motion, and to conserve both judicial and party resources, Cerberus respectfully submits that its participation in the July 28 pre-settlement call and August 16 settlement conference should be excused.

Respectfully Submitted,

/s/ Andrew Gladstein


Andrew D. Gladstein