UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

GETTY IMAGES (US), INC.,

                              Plaintiff,

  -against-

ANDREW BRONSTEIN, MARK GRETHER,
CULHANE MEADOWS HAUGHIAN & WALSH,
PLLC, ANDREW HEPBURN and TIM QUILLIN.

                              Defendants.

------------------------------------------------------------ x

ORDER

19 Civ. 9804 (GBD)

GEORGE B. DANIELS, United States District Judge:

    For the reasons stated on the record during today's oral argument, Third-Party Defendant Cerberus Business Finance LLC's motion to dismiss the Third-Party Plaintiff Andrew Bronstein's common law indemnification (count one) and contribution (count two) claims against it pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim, (ECF No. 71), is GRANTED.

    The Clerk of Court is directed to close the motion accordingly.

    Plaintiff may seek leave to amend the complaint by letter application, attaching a proposed amended complaint, on or before September 9, 2021 if amendment would not be futile.

Dated: New York, New York
       August 10, 2021

                                            SO ORDERED.

                                            *George B. Daniels*
                                            GEORGE B. DANIELS
                                            United States District Judge