**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
GETTY IMAGES (US), INC.,                                                    :
:
                                  Plaintiff,                                :
            -against-                                                       :
:
ANDREW BRONSTEIN, MARK GRETHER,                                             :                   ORDER
CULHANE MEADOWS HAUGHIAN & WALSH,                                           :
PLLC, ANDREW HEPBURN and TIM QUILLIN.                                       :                   19 Civ. 9804 (GBD)
:
                                  Defendants.                               :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached agreement on all issues in

this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without

prejudice to restoring the action to this Court's docket if an application to restore is made within

thirty (30) days.

Dated: New York, New York
     November  , 2021
    **NOV 2 9 2021**

                              SO ORDERED.

                             _George B. Daniels_
                             GEORGE B. DANIELS
                             United States District Judge